UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :         MAGISTRATE NO.: 19-9089

V.                               :         CRIMINAL ACTION

Emmanuel Puntiel                 :         ORDER OF RELEASE
                                 :

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(X) The defendant shall appear at all future court proceedings;

( ) Other: _____

X _[signature]_____          _5/30/19_____
DEFENDANT                             DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_5/30/19_____
DATE